**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR - 6 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

February 28, 2019

Chris Wolpert
Chief Deputy Clerk

19cv189 KG/KRS

Steven Duane Curry
NMBH1 – Forensic Unit
3695 Hot Springs Blvd
Las Vegas, NM 87701

Re:   § 2241 Petition

Dear Mr. Curry:

Today this court received your petition seeking relief pursuant to 28 U.S.C. § 2241. These types of petitions must be filed in the applicable federal district court for resolution. If necessary, an appeal from the federal district court's final decision may be taken in this court.

As a one time courtesy, we have forwarded your § 2241 petition to the U.S. District Court for the District of New Mexico for processing. You may contact that court at the following address: Clerk's Office, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, St. 270, Albuquerque, NM 87102. If this court receives your $5.00 petition filing fee (note: this $5.00 fee is applicable only to some federal district court habeas petitions, not to appellate cases for which the filing fees are $505.00), we will also forward that to the District of New Mexico. Otherwise, you can send your filing fee directly to the District of New Mexico.

With kind regards,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

EAS/ls