19cv189 KG/KRS
Docs. 7 and 8

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Steven Duane Curry

R. T. S.

ALBUQUERQUE NM 870
KZUMAR20
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR - 9 2020

MITCHELL R. ELFERS
CLERK

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 87102227470

R.T.U.